1  Glenn R. Kantor (Bar No. 122643)
   gkantor@kantorlaw.net
2  Peter S. Sessions (Bar No. 193301)
   psessions@kantorlaw.net
3  KANTOR & KANTOR LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   Telephone:  (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff
   LINDA MURRAY
7

8  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
9  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
10 Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
11 Facsimile:  (213) 625-1930

12 Attorney for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MURRAY, | Case No. 3:22-cv-03417-WHO |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and GILEAD SCIENCES, INC. GROUP INSURANCE PLAN, | Judge:  Hon. William H. Orrick |
| Defendants. | Complaint Filed: June 9, 2022<br>Hearing on Rule 52 Motion: August 3, 2023 |

IT IS HEREBY STIPULATED, by and between Plaintiff LINDA MURRAY and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys' fees and costs.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180265.1

1

Case No.  3:22-cv-03417-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

The parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated: March 27, 2023
Glenn R. Kantor
Peter S. Sessions
KANTOR & KANTOR LLP

By:   */s/ Peter S. Sessions*
    Peter S. Sessions
    Attorneys for Plaintiff
    LINDA MURRAY

Dated: March 27, 2023
Nicole Y. Blohm
MESERVE, MUMPER & HUGHES LLP

By:   */s/ Nicole Y. Blohm*
    Nicole Y. Blohm
    Attorney for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180265.1

2

Case No. 3:22-cv-03417-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [~~PROPOSED~~] ORDER

# [~~PROPOSED~~] ORDER

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:22-cv-03417-WHO, is dismissed in its entirety as to all defendants with prejudice. The Clerk is directed to close this case.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: March 28, 2023

Hon. William H. Orrick
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180265.1

3

Case No. 3:22-cv-03417-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [~~PROPOSED~~] ORDER